| | |
|---|---|
| RAFFI KHATCHADOURIAN – SBN 193165<br>**HEMAR, ROUSSO & HEALD, LLP**<br>15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436<br>Telephone: (818) 501-3800<br>Facsimile: (818) 501-2985<br><br>Attorneys for Secured Creditor<br>Wells Fargo Bank, National Association | **FILED & ENTERED**<br><br>AUG 29 2014<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gonzalez  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>BRAUN DEVELOPMENT GROUP, INC.,<br><br>    Debtor. | CASE NO. 2:14-24711-ER<br><br>CHAPTER 11<br><br>**ORDER APPROVING STIPULATION REGARDING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION**<br><br>Continued Hearing:<br>Date:         October 18, 2014<br>Time:        10:00 a.m.<br>Judge:       Hon. Ernest M. Robles<br>Courtroom: 1568<br>Floor:         15th |

Based upon the Stipulation Regarding Use of Cash Collateral and Adequate Protection entered between Secured Creditor Wells Fargo Bank, National Association ("Secured Creditor") and Debtor Braun Development Group, Inc. ("Debtor") ("Stipulation"), through their counsel of record, filed herein on August 26, 2014, Docket Entry No. 39, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the terms of the Stipulation are incorporated herein and made the Order of this Court.

1

1
2
3                                                            ###
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23    Date: August 29, 2014
24                                          Ernest M. Robles
                                            United States Bankruptcy Judge
25
26
27
28

2